No. 2206. BEAN V. BEAN, November Term, 1887.
1. Where a party holding a second mortgage agreed to cancel

his own mortgage, and also to pay a senior mortgage in consideration of four railroad bonds received from the mortgagor, his own mortgage is thereby satisfied.

2. In an equity suit costs are within the discretion of the Circuit Judge, and his directions will rarely be interfered with.

Judgment (by Hudson, J.) affirmed. OPINION by MR. JUSTICE McGOWAN, April 3, 1888.  *G. W. Croft*, for appellant.  *Henderson Bros.*, contra.